# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00114-CV

**In re Robert A. Caine**

**S. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
NO. 18-1542, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING**

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of S.W. The subject of this proceeding is Robert A. Caine, appellant's attorney.

Appellant filed his notice of appeal on February 11, 2020, and his brief was due March 30, 2020. On April 2, 2020, we ordered counsel to file appellant's brief no later than April 13, 2020. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Robert A. Caine shall appear remotely before this Court on **Wednesday, May 6, 2020, at 11:30 a.m.**, to show cause why he should not be held in contempt and have sanctions imposed for his failure to obey our April 2, 2020 order. Prior to the hearing date, the Clerk of the Court will send a follow-up letter via email containing best

practices and a link for the Zoom hearing. Failure to appear remotely will be treated the same as failure to appear in person, and Caine may be subject to a contempt order for failure to appear. This order to show cause will be withdrawn and Caine will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief **on or before Monday, May 4, 2020**.

It is ordered on April 23, 2020.

Before Chief Justice Rose, Justices Baker and Triana